UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL MARIE STEVENS,

      Plaintiff,

v.                                                              Case No. 1:17-cv-499
                                                               Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant,

_____/

## JUDGMENT

      In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

      **IT IS SO ORDERED**.


Dated:  September 18, 2018                          /s/ Ray Kent
                                                   United States Magistrate Judge